[No. 16873-5-III.    Division Three.    November 24, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL J.
McFARLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan
County, No. 97-8-00285-7, Bart Vandegrift, J. Pro Tem.,
entered July 31, 1997. *Remanded* by unpublished opinion
per Kato, J., concurred in by Sweeney and Brown, JJ.

[No. 39810-5-I.    Division One.    November 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY
DARNELL GWIN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-07710-4, James D. McCutcheon, Jr., J.,
entered May 17, 1993. *Affirmed* by unpublished per curiam
opinion.

[No. 40575-6-I.    Division One.    November 30, 1998.]

RICHARD J. CALKINS, *Respondent*, v. SHORT, CRESSMAN AND
BURGESS, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 96-2-05463-0, Kenneth Cowsert, J. Pro
Tem., entered March 26, 1997. *Affirmed* by unpublished
opinion per Ellington, J., concurred in by Agid, A.C.J., and
Cox, J.

[No. 40593-4-I.    Division One.    November 30, 1998.]

SHERYL OLSON, ET AL., *Appellants*, v. THE CITY OF
BELLEVUE, ET AL., *Defendants*, KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-24611-5, Richard D. Eadie, J., entered
August 22, 1997. *Affirmed* by unpublished opinion per Ap-
pelwick, J., concurred in by Kennedy, C.J., and Cox, J.